436 A.2d 627

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**David A. JOHNSON, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 19, 1981.

Decided Nov. 5, 1981.

Allen N. Abrams, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Alan J. Sacks, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM.

The judgments of sentence are affirmed.